```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　- against -

CHRISTIAN SERRANO

　　　　　　　　Defendant.

**21 Cr. 93 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

　　Pending before the Court is Defendant Christian Serrano's ("Serrano") request for a modification to the conditions of his release to home confinement. (See Dkt. No. 333.) On March 26, 2025, Magistrate Judge Figueredo granted Serrano's bail application on the conditions that he enroll in a GED program (See 03/26/2025 Minute Entry.) Serrano now asks the Court to modify the conditions of his release to allow him to leave his home to (i) enroll in and attend in-person GED program at Monroe University; (ii) go to the Social Security Office to resolve an issue with his EBT card; and (iii) go to a local police precinct to collect some of his property. (See Dkt. No. 333.)

　　The Government opposes allowing Serano to regularly leave his home for purposes of attending the GED program because he can enroll in an online program. (See Dkt. No. 337.) The Government did not respond to the requested

1

modifications for purposes of visiting the local Social Security office and local police precinct. Serrano argues that the Government has no basis to object because he is not actually requesting a modification of his conditions but only asking the Court to clarify Magistrate Judge Figueredo's order regarding how he is supposed to enroll and attend a GED program. (See Dkt. No. 338.)

This Court is not in a position to clarify Magistrate Judge Figueredo's order regarding the conditions of Serrano's bail application. The parties are scheduled to appear before Magistrate Judge Figueredo on April 24, 2025, to provide an update on the conditions of Serrano's release. The Court directs the parties to raise the GED issue with Magistrate Judge Figueredo for additional clarity at that proceeding.

In addition, the Government is directed to submit a letter to this Court by April 22, 2025, indicating whether they oppose Serrano's requested modifications to allow a visit to the Social Security office and the local police precinct.

**SO ORDERED.**

Dated:    17 April 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.

2