**LAW OFFICE OF**
**JOSHUA D. KIRSHNER,** PLLC

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www. jkirshnerlaw.com

September

SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
Dated:  2-11-2026

After a conversation with Serrano's attorney, this request is no longer necessary. Counsel for Serrano may refile at a later date if needed.

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Villafane (Christian Serrano)
21 Cr. 93 (VM)

Dear Judge Figueredo:

I represent Christian Serrano, a defendant in the above-captioned matter. I write in response to the Court's September 15, 2022 order directing counsel to explain the grounds for seeking to reopen the bail hearing (Dkt. 434).

On March 26, 2025, the Court released Mr. Serrano on conditions including home incarceration and enrollment in a GED program. On August 6, 2025, however, the Court revoked Mr. Serrano's bail and remanded him based on a series of technical violations. Notably, none of those alleged violations involved new criminal conduct. Mr. Serrano respectfully seeks reconsideration of that decision for two principal reasons.

**First**, the Government has never filed a memorandum in support of detention, yet it has consistently sought Mr. Serrano's remand—despite his lack of criminal history—based largely on the asserted weight of the evidence to demonstrate that he is a danger to the community. Since bail was revoked, defense counsel has reviewed substantial discovery and can now represent that there is virtually no evidence linking Mr. Serrano to the charged conduct, and certainly nothing to support the claim that he poses a danger to the community.

**Second**, the defense has repeatedly raised the extraordinary difficulty of preparing for trial while Mr. Serrano remains detained at MDC Brooklyn ("MDC"), where conditions are notoriously poor. Since his remand, counsel has made four separate requests[1] that the Government either (i) provide discovery directly to Mr. Serrano at MDC, or (ii) advise what procedures must be followed to ensure he can access the discovery. Each request has been ignored. As a result, Mr. Serrano has

---

[1] Counsel emailed the government on August 13, 2025, August 22, 2025, August 28, 2025, and Septmber 2, 2025.  Copies of this correspondence can be provided to the Court if necessary.

been deprived of the ability to meaningfully review discovery or participate in his defense—an impediment that compounds the already well-documented hardships of MDC confinement.

For these reasons, and others that counsel will be prepared to address, Mr. Serrano respectfully requests that the Court reopen the bail hearing and permit him to be heard at a date convenient to the Court and the parties.

Respectfully submitted,


_____/s/_____
Joshua D. Kirshner

cc:     All parties (via ECF)

2