

**LAW OFFICE OF**
**JOSHUA D. KIRSHNER, PLLC**

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www. jkirshnerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___6/25/2026___

June 24, 2026

> Request **DENIED.** After consideration of defendant's submission and the Government's opposition (see Dkt. No. 667), the Court denies defendant's request for temporary release.
>
> **SO ORDERED.**
>
> Victor Marrero
> U.S.D.J.
>
> Dated: June 25, 2026
>          New York, New York

**VIA ECF**
Honorable Victor Marrero
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Villafane (Christian Serrano)
       21 Cr. 93 (VM)

Dear Judge Marrero:

I represent Christian Serrano in the above-captioned matter. I respectfully write to request that the Court temporarily release Mr. Serrano to the custody of his family, subject to electronic monitoring and any other conditions the Court deems appropriate, from Thursday evening, June 25, 2026, until Friday evening, June 26, 2026, so that he may attend his father's funeral and burial and spend a brief period with his grieving family.

Mr. Serrano's father, Alfredo Jorge Serrano, passed away on June 20, 2026. The funeral is scheduled for 9:00 a.m. on Friday, June 26, 2026, at Sisto Funeral Home in the Bronx, followed by burial at Mount Hope Cemetery in Hastings-on-Hudson, New York. Mr. Serrano was extremely close with his father, and his inability to attend these services would cause substantial hardship to both him and his family during this period of grief.

Mr. Serrano seeks only a narrowly tailored, twenty-four-hour release. He proposes to reside with family members approved by the Court during that period, remain subject to electronic monitoring, and comply with any additional conditions imposed by the Court. He would surrender himself as directed on Friday evening following the funeral and burial services. This request is not made to shorten or alter his sentence in any way, but simply to permit him the dignity of mourning his father, attending the funeral and burial, and supporting his family during this difficult time.

Mr. Serrano has every incentive to comply fully with the Court's conditions. The requested release is of extremely limited duration, involves a significant family emergency, and can be structured to ensure adequate supervision and public safety.

I have conferred with the Government regarding this request. The Government objects. Given the time-sensitive nature of the funeral arrangements, I respectfully request that the Court consider this application on an expedited basis.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/
Joshua D. Kirshner

cc:     All parties (via ECF)

2